UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN, EAU CLAIRE DIVISION
_____X

In re:
   DARLENE D MILLER

   Debtor(s)

In Proceedings for a Repayment Plan Under Chapter 13

Case No : 05-15890-RDM
Tee Clm No: Crt Clm No:5
Amount : 22183.02

## JOINT NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e) (2) AND WAIVER OF OPPORTUNITY TO OBJECT

  Chase Manhattan Bank USA NA (the "Seller/Transferor/Assignor") and eCAST Settlement Corporation (the "Purchaser/Transferee/Assignee") do hereby provide joint notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Credit Card Purchase and Sale Agreement dated January 31, 2005, as amended from time to time by and between Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

  Pursuant to Bankruptcy Rule 3001(e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be immediately substituted upon the docketing of this Joint Notice of Transfer of Claim for the Seller/Transferor/Assignor as the record holder of the Bankruptcy claim for all purposes in these proceedings. The Seller/Transferor/Assignor concurs with the request and, pursuant to the attached Waiver of Notice of Transfer of Claim, hereby informs the court that it waives it's right to receive notice of the transfer and declines its opportunity to object under FRBP 3001 (e) (2).

The original Proof Of Claim was filed under the following name and address: Chase Manhattan Bank USA by eCAST Settlement Corporation as its agent POB 35480, Newark NJ 07193-5480.

Dated: 03/27/2006

SELLER/ASSIGNOR/TRANSFEROR:
Chase Manhattan Bank USA NA
3700 Weisman Blvd
West Over Hill #2 1st Flr
San Antonio TX 78265

Telephone: 800-327-2282

By: (See Attached Waiver)

PURCHASER/ASSIGNEE/TRANSFEREE:
eCAST Settlement Corporation
POB 35480
Newark NJ 07193-5480

Telephone: 610-644-7800 (Servicer)
Telecopy: 610-993-8493 (Servicer)

By: /s/Alane A. Becket
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorney/Agent for Creditor

(01) ************3334  CBO54609



# EXHIBIT F

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Chase Manhattan Bank USA, National Association, a national banking association ("Transferor"), has sold and assigned certain claims to eCAST Settlement Corporation ("Transferee"). Transferee is a corporation organized under the laws of the State of Delaware maintaining a place of business at 383 Madison Avenue New York, New York. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of claim with respect to the Accounts may have been filed under the following names: [Chase Manhattan Bank USA, National Association Chase Manhattan Bank USA, N.A. Chase Bankcard Services, Inc.]

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this day of February 1, 2005

CHASE MANHATTAN BANK USA, NATIONAL ASSOCIATION, Transferor

By: _____
Name: Brian H. Bowee
Title: Vice President